Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRIS FOTOPOULOS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION dba PLANET HOLLYWOOD RESORT & CASINO, a Delaware corporation,<br><br>    Defendant. | Case No. 2:13-CV-01353-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DIMITRIS FOTOPOULOS and PHW MANAGER, LLC, dba PLANET HOLLYWOOD RESORT & CASINO (improperly named as CAESARS ENTERTAINMENT CORPORATION dba PLANET HOLLYWOOD RESORT & CASINO), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: January 3, 2014

/s/ Veronica Arechederra Hall
Veronica Arechederra Hall
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

Dated: January 3, 2014

/s/Michael P. Balaban  M.B.
Michael P. Balaban
Law Offices of Michael P. Balaban
10726 Del Rudini St.
Las Vegas, NV 89141

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

**DATED** this 7th day of January, 2014.

_____
Gloria M. Navarro
United States District Judge

4849-3396-4055, v. 1